IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| DOROTHY FREDREGILL, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION No. 9:13-cv-101 |
| | § | JUDGE RON CLARK |
| LUFKIN STATE SUPPORTED LIVING CENTER, et al., | § § § | |
| *Defendants*. | § § | |

## **FINAL JUDGMENT**

This Final Judgement is entered pursuant to Fed. R. Civ. P. 58, and the court's June 24, 2014 Order Granting Defendants' Motion for Summary Judgment [Doc. #38].

IT IS ORDERED that Plaintiff Dorothy Fredregill shall TAKE NOTHING of and from her claims against the Defendants. Costs are taxed to Plaintiff. All relief not specifically granted herein is DENIED.

**So ordered and signed on**

**Jun 26, 2014**

_____

Ron Clark, United States District Judge